SUMMERS, J., is of the opinion that the writ should be refused, however, I do not agree that the duty of care of a playground operator is the same as a store operator.

162 So.2d 576

**Felton N. BROWN**

v.

**TRAVELERS INSURANCE COMPANY.**

**No. 47203.**

April 17, 1964.

Court of Appeal, Fourth Circuit. 160 So.2d 776.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.